FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2021

No. 04-21-00212-CV

Earl **HARPER**,
Appellant

v.

**CREDITO REAL BUSINESS CAPITAL**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23243
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before July 21, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court